JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOHN STINCHFIELD, | CASE NO. CV 16-4253-PJW |
| Petitioner, | |
| v. | J U D G M E N T |
| ROSEMARY NDOH, WARDEN, ET AL., | |
| Respondents. | |

Pursuant to the Memorandum Opinion and Order filed herewith,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: August 14, 2017

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-State Habeas\STINCHFIELD, M 4253\Judgment.wpd